UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY JAMES BUDD,

          Plaintiff,

    v.

CARLOS E RODRIGUEZ et al.,

          Defendants.

CASE NO. 3:17-CV-05992-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: FEBRUARY 9, 2018

    This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

    Plaintiff Anthony James Budd filed this 1983 action, but did not include a filing fee or an application to proceed *in forma pauperis*. Dkt. 1. The Clerk sent plaintiff a letter on December 4, 2017, explaining this deficiency and warning that, if not corrected by January 3, 2018, his action may be subject to dismissal. Dkt. 2. The Clerk sent an amended letter the following day again explaining plaintiff's deficiency and warning him that it may be subject to dismissal if the deficiency was not corrected. Dkt. 4. Neither letter was returned, so the Court assumes plaintiff

received them. Plaintiff has still not paid the filing fee or filed an application to proceed *in forma pauperis* and it has been almost 45 days since he was notified of the deficiency. The Court also notes plaintiff has an almost identical complaint, *Budd v. Rodriguez*, 3:17-cv-05966-RBL-JRC, for which he has filed a motion to proceed *in forma pauperis*.

Therefore, the Court recommends plaintiff's action be dismissed without prejudice. He may refile his action at a later date and include the filing fee or an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **February 9, 2018** as noted in the caption.

Dated this 17th day of January, 2018.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge