UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY JAMES BUDD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS E RODRIGUEZ, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:17-CV-05992-RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　Plaintiff has not paid the filing fee or filed an application to proceed *in forma pauperis*. Plaintiff's action is dismissed without prejudice. He may refile his action at a later date and include the filing fee or an application to proceed *in forma pauperis*.

　　**DATED** this 12th day of February, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　United States District Judge